UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANGEL GOMEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 4:14-cv-48 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R") and adopts it as the opinion of the Court. ECF No. 3. The petition is *DISMISSED*.

Gomez did not file an objection to the R&R, but rather filed with the Court an Application for Leave to File Second or Successive Petition Under 28 U.S.C. § 2255. ECF No. 5. As the Magistrate Judge correctly stated in the R&R, a petitioner must file this application with the proper court of appeals. This Court has no jurisdiction to grant the application, so it too is *DISMISSED*.

The 28 day of May, 2014

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA