# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Savannah Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 SEP -8 PM 1: 34

CLERK _____
SO. DIST. OF GA.

United States of America )
v. )
Angel Gomez ) Case No: 4:10CR00100-3
)
) USM No: 20650-069
)
Date of Original Judgment: June 6, 2011 )
Date of Previous Amended Judgment: _____ ) Thomas L. Cole
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☒ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  June 6, 2011  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 9/8/15

*Judge's signature*

Effective Date: November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*