# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 410-100-3 |
| | ) | |
| ANGEL GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant Angel Gomez's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). Dkt. No. 334. Defendant argues he is eligible for a sentence reduction pursuant to U.S. Sentencing Guidelines Amendments 782 and 821. However, the Court has already denied Defendant's previous motions for sentence reduction pursuant to those amendments. See Dkt. Nos. 306, 329. Accordingly, his latest motion, dkt. no. 334, is **DENIED**.

**SO ORDERED** this 31 day of July, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA