# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

```
UNITED STATES OF AMERICA,       )
                                )
v.                              )    CR 4:10-100-3
                                )
ANGEL GOMEZ,                    )
                                )
     Defendant.                 )
```

### ORDER

Before the Court is Defendant Angel Gomez's motion for early termination of supervised release. Dkt. No. 339. The motion is **DISMISSED**.

After being found guilty of stowing away on a vessel, in violation of 18 U.S.C. § 2199, illegal entry after removal from the United States, in violation of 8 U.S.C. § 1326(a), (b), importation of controlled substances, in violation of 21 U.S.C. §§ 952, 960, 851, smuggling goods into the United States, in violation of 18 U.S.C. § 545, and possession with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), 851, the Court sentenced Defendant to a total of 240 months' imprisonment, as well as a life term of supervised release. Dkt. No. 186. Defendant moves for early termination of his supervised release term.

Under 18 U.S.C. § 3583(e)(1), a "court may, after

considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice."

Defendant is still serving his imprisonment sentence and is yet to commence his term of supervised release. As such, his motion for early termination of supervised release, dkt. no. 339, is **DISMISSED** as premature.

**SO ORDERED** this 25 day of October, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA